**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| **ARNETTA WINGFIELD** | * | |
| **8103 Summitwood Court** | | |
| **Clinton, MD 20735** | * | |
| | | |
| *Plaintiff,* | * | |
| | | |
| **v.** | * | **Civil Action No: 8:16-cv-1871** |
| | | |
| **UNITED MILITARY MORTGAGE, LLC** | * | |
| **d/b/a Low VA Rates** | | |
| **384 South 400 West, Ste. 100** | * | |
| **Lindon, UT 84042** | | |
| | * | |
| **Serve upon:** | | |
| | * | |
| **Incorp Services, Inc.** | | |
| **1519 York Road** | * | |
| **Lutherville, MD 21093,** | | |
| | * | |
| *Defendant.* | | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, Arnetta Wingfield, by counsel, and for her complaint against Defendant United Military Mortgage, LLC, alleges as follows:

**PRELIMINARY STATEMENT**

1.      This is an action under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. As alleged further herein, Defendant United Military Mortgage LLC, which does business as "Low VA Rates", (hereinafter "United Military") obtained without consent the credit report of the Plaintiff, Arnetta Wingfield, and fraudulently facilitated the access the credit report of the Plaintiff by other third parties, actions prohibited by § 1681b of the Fair Credit Reporting Act.

In this action, Plaintiff seeks actual, statutory and punitive damages, costs and attorney's fees as provided under the Fair Credit Reporting Act as a result of the conduct of United Military.

**PARTIES, JURISDICTION AND VENUE**

2.     Plaintiff, Arnetta Wingfield is a citizen of the State of Maryland and is a resident of Prince George's County. She is a "consumer" as defined by 15 U.S.C. § 1681a(c) and at all relevant times has been over the age of 21 years.

3.     Defendant United Military Mortgage LLC is organized under the laws of Utah and regularly conducts business in Maryland trading as Low VA Rates.

4.     This Court has jurisdiction over the subject matter of this lawsuit pursuant to 15 U.S.C. § 1681p. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

**FACTUAL BACKGROUND**

5.     Plaintiff's husband, now decesased, was interested in refinancing an existing VA mortgage and spoke with an employee or agent of United Military on or about March 28, 2016.

6.     Neither Plaintiff's husband or the Plaintiff authorized United Military to access her credit report. Rather, Plaintiff's husband asked only that United Military send him some information about its products.

7.     United Military then fraudulently obtained copies of Arnetta Wingfield's Experian credit report on March 28, 2016, and Trans Union credit report on March 29, 2016.

8.     United Military did not receive permission from the Plaintiff to obtain her credit reports on March 28, 2016, or on March 29, 2016.

9.     Plaintiff made no application for credit from United Military.

10.     United Military did not have a permissible purpose under the Fair Credit Reporting Act, 15 U.S.C. § 1681b, to obtain Plaintiff's credit reports on March 28, 2016.

11.     United Military did not have a permissible purpose under the Fair Credit Reporting Act, 15 U.S.C. § 1681b, to obtain Plaintiff's credit reports on March 29, 2016.

12.     The conduct of United Military alleged herein caused actual damage to the Plaintiff because the unauthorized hard pulls of the Plaintiff's credit reports reduced her credit score while she and her now deceased husband were attempting to refinance their VA loan.

**COUNT I**

**<u>WRONGFUL PROCUREMENT OF CREDIT REPORT</u>**

13.     The Plaintiff realleges and incorporates paragraphs 1 through 12 above as if fully set out herein.

14.     Under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, a credit reporting agency is prohibited from furnishing a consumer's credit report to a person who lacks a permissible purpose. The permissible purposes allowed by the Fair Credit Reporting Act are set forth in 15 U.S.C. § 1681b and include: "in accordance with the written instructions of the consumer to whom it relates."

15.     Under 15 U.S.C. § 1681b(f), a person is prohibited from obtaining a credit report on a consumer unless the person has a permissible purpose for procuring the report and certifies that purpose to the consumer reporting agency.

16.     United Military is a person covered by the Fair Credit Reporting Act and wrongfully obtained the credit report of the Plaintiff on March 28, 2016, and again on March 29, 2016, and had no permissible purpose under 15 U.S.C. § 1681b for obtaining the Plaintiff's credit reports from consumer reporting agencies at that time.

17.     United Military prepared fraudulent documents that were provided to a company called Credit Plus that resulted in Credit Plus obtaining unauthorized access to the Plaintiff's credit reports from consumer reporting agencies.

18.     The credit reports obtained on March 28, 2016, and again on March 29, 2016, are consumer reports within the meaning of the Fair Credit Reporting Act.

19.     United Military acted willfully, knowingly and in conscious disregard of the rights of Plaintiff in taking the actions alleged herein.

20.     United Military acted negligently and caused the Plaintiff to suffer damages to her credit score that were substantially attributable to the unauthorized access made by United Military.

21.     On or about March 28, 2016, United Military fraudulently certified to Credit Plus and to the credit reporting agencies that it was requesting the credit report for a permissible purpose and that it had been authorized by the Plaintiff to request a copy of her reports.

22.     United Military obtained copies of Arnetta Wingfield's Experian credit report on March 28, 2016, and Trans Union credit report on March 29, 2016, under false pretenses.

24.     United Military obtained copies of Arnetta Wingfield's Experian credit report on March 28, 2016, and Trans Union credit report on March 29, 2016, knowingly without a permissible purpose.

25.     As a result of United Military's willful violation of the Fair Credit Reporting Act, United Military is liable under 15 U.S.C. § 1681n(a) for actual damages, statutory damages of not less than $100 and not more than $1,000 and punitive damages in an amount sufficient to deter United Military from engaging in this kind of practice in the future.

26.     As a result of United Military's willful violation of the Fair Credit Reporting Act, United Military is liable under 15 U.S.C. § 1681n(a) for the costs of bringing this action as well as reasonable attorneys fees.

27.     As a result of United Military's negligent violation of the Fair Credit Reporting Act, United Military is liable under 15 U.S.C. § 1681o for actual damages, and for the costs of bringing this action as well as reasonable attorneys fees.

WHEREFORE, Plaintiff, Arnetta Wingfield, requests the following relief:

a.      an award of actual damages in an amount to be determined at trial against United Military;

b.      an award of statutory damages against United Military of $2,000.00;

c.      an award of the costs of bringing this action and a reasonable attorney's fee; and

d.      such other and further relief as deemed just and appropriate by the Court.

## **JURY TRIAL DEMAND**

Plaintiff, Arnetta Wingfield, hereby demands a trial by jury on all issues in this action, except for any issues relating to the amount of statutory damages, punitive damages, attorney's fees and litigation costs.

Dated: June 6, 2016                      Respectfully Submitted,


/s/ E. David Hoskins
E. David Hoskins, Esq., No. 06705
THE LAW OFFICES OF E. DAVID HOSKINS, LLC
16 East Lombard Street, Suite 400
Baltimore, Maryland 21202
(410) 662-6500 (Tel.)
davidhoskins@hoskinslaw.com

/s/ *Steven B. Isbister*
Steven B. Isbister, Esq., No. 14123
THE LAW OFFICES OF E. DAVID HOSKINS, LLC
16 East Lombard Street, Suite 400
Baltimore, Maryland 21202
(410) 662-6500 (Tel.)
*stevenisbister@hoskinslaw.com*