IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ARNETTA WINGFIELD**           \*

   **Plaintiff**            \*

   v.                  \*  **Civil Action No. 8:16-cv-1871**

**UNITED MILITARY MORTGAGE, LLC**
                                        \*

   **Defendant**
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by her undersigned counsel, voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated: July 20, 2016            Respectfully Submitted,

                                                      */s/ E. David Hoskins*
                                                      E. David Hoskins, No. 06705
                                                      Law Offices of E. David Hoskins, LLC
                                                      16 E. Lombard Street, Ste. 400
                                                      Baltimore, Maryland 21202
                                                      (410) 662-6500 (Tel.)
                                                      (410) 662-7800 (Fax)
                                                      *davidhoskins@hoskinslaw.com*